Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 JAN 24 PM 4: 55

BY: _____ DEPUTY

CHRIS KOHLER,
Plaintiff,

vs

(Please see attached list),
Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0105 L NLS

TO: (Name and Address of Defendant)


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 24 2008

W. Samuel Hamrick, Jr.
CLERK
P. DELA CRUZ

DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# **LIST OF DEFENDANTS**

1. STONECREST GAS & WASH, INC. dba STONECREST SHELL
2. STONECREST PLAZA, LLC
3. BARRY JAY STONE
4. STONECREST SQUARE AUTO CENTER, LLC
5. VINCENT MANNO, TRUSTEE of the VINCENT D. MANNO TRUST AGREEMENT DATED APRIL 23, 1991
6. CAROL ANN CARLETON, TRUSTEE of the CAROL A. CARLETON TRUST AGREEMENT DATED MAY 2, 1991
7. FILOMENA R. BUCKINGHAM, TRUSTEE of the CAROL A. CARLETON TRUST AGREEMENT DATED MAY 2, 1991
8. AMELIA M. LUCAS, TRUSTEE of the CAROL A. CARLETON TRUST AGREEMENT DATED MAY 2, 1991
9. CAROL ANN CARLETON, TRUSTEE of the FILOMENA R. BUCKINGHAM TRUST AGREEMENT DATED MAY 2, 1991
10. FILOMENA R. BUCKINGHAM, TRUSTEE of the FILOMENA R. BUCKINGHAM TRUST AGREEMENT DATED MAY 2, 1991
11. AMELIA M. LUCAS, TRUSTEE of the FILOMENA R. BUCKINGHAM TRUST AGREEMENT DATED MAY 2, 1991
12. CAROL ANN CARLETON, TRUSTEE of the AMELIA M. LUCAS TRUST AGREEMENT DATED MAY 2, 1991
13. FILOMENA R. BUCKINGHAM, TRUSTEE of the AMELIA M. LUCAS TRUST AGREEMENT DATED MAY 2, 1991
14. AMELIA M. LUCAS, TRUSTEE of the AMELIA M. LUCAS TRUST AGREEMENT DATED MAY 2, 1991
15. LARRY M. LUCAS, TRUSTEE of the LUCAS FAMILY TRUST U/D/T DATED JANUARY 22, 1991
16. AMELIA M. LUCAS, TRUSTEE of the LUCAS FAMILY TRUST U/D/T DATED JANUARY 22, 1991