Robert W. Zickert, Esq.
State Bar No. 106510
LAW OFFICE OF ROBERT W. ZICKERT
444 West "C" Street, Suite 200
San Diego, California 92101
Telephone: (619) 685-6888
Facsimile: (619) 544-1961
rzickert@aol.com

Attorney for Defendants,
STONECREST GAS & WASH, INC. and
STONECREST PLAZA, LLC

FILED
08 JUL -3 AM 11:38
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA
BY: EU          DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>    Plaintiff,<br><br>v.<br><br>STONECREST GAS & WASH, INC. dba STONECREST SHELL; STONECREST PLAZA, LLC; BARRY JAY STONE; STONECREST SQUARE AUTO CENTER, LLC; VINCENT MANNO, TRUSTEE of the VINCENT D. MANNO TRUST AGREEMENT DATED APRIL 23, 1991; CAROL ANN CARLETON, TRUSTEE of the CAROL A. CARLETON TRUST AGREEMENT DATED MAY 2, 1991; FILOMENA R. BUCKINGHAM, TRUSTEE of the CAROL A. CARLETON TRUST AGREEMENT DATED MAY 2, 1991; AMELIA M. LUCAS, TRUSTEE of the CAROL A. CARLETON TRUST AGREEMENT DATED MAY 2, 1991; CAROL ANN CARLETON, TRUSTEE of the FILOMENA R. BUCKINGHAM TRUST AGREEMENT DATED MAY 2, 1991; FILOMENA R. BUCKINGHAM, TRUSTEE of the FILOMENA R. BUCKINGHAM TRUST AGREEMENT DATED MAY 2, 1991; AMELIA M. LUCAS, TRUSTEE of the FILOMENA R. BUCKINGHAM TRUST AGREEMENT DATED MAY 2, 1991; CAROL ANN CARLETON, TRUSTEE of the FILOMENA R. BUCKINGHAM TRUST AGREEMENT DATED MAY 2, 1991; | CASE NO. 08-CV-0105 L NLS<br><br>**NOTICE OF SETTLEMENT** |

```
 1   FILOMENA R. BUCKINGHAM, TRUSTEE )
     of the AMELIA M. LUCAS TRUST    )
 2   AGREEMENT DATED MAY 2, 1991;    )
     AMELIA M. LUCAS, TRUSTEE of the )
 3   AMELIA M. LUCAS TRUST AGREEMENT )
     DATED MAY 2, 1991; LARRY M.     )
 4   LUCAS, TRUSTEE of the LUCAS     )
     FAMILY TRUST U/D/T DATED        )
 5   JANUARY 22, 1991; AMELIA M.     )
     LUCAS, TRUSTEE of the LUCAS     )
 6   FAMILY TRUST U/D/T DATED        )
     JANUARY 22, 1991,               )
 7                                   )
             Defendants.             )
 8   _____)
```

10   **TO THE COURT AND ALL PARTIES**

11       **PLEASE TAKE NOTICE** that the parties to the above-captioned lawsuit have settlement the above-captioned case and request that all the current dates in the April 3, 2008 Scheduling Order be vacated and the Court schedule a Settlement Disposition Conference within forty-five (45) days of the date of this notice.

17       If the parties file the Stipulation of Dismissal before the date of the Settlement Disposition Conference, this date will automatically go off calendar.

20   DATED: 7/1/08                    DISABLED ADVOCACY GROUP, APLC

                                      By_____
                                      Lynn Hubbard, III, Esq.
                                      Attorney for Plaintiff,
                                      CHRIS KOHLER

24   DATED: July 3rd, 2008            LAW OFFICE OF ROBERT W. ZICKERT

                                      By_____
                                      Robert W. Zickert, Esq.
                                      Attorney for Defendants,
                                      STONECREST GAS & WASH, INC. and
                                      STONECREST PLAZA, LLC

---

NOTICE OF SETTLEMENT                                      08 CV 0105 L NLS

| | |
|---|---|
| 1  DATED: 07-03-2008 | LAW OFFICES OF VAUGHN & VAUGHN |
| 2 | |
| 3 | |
| 4 | By _____ <br> Donald A. Vaughn, Esq. <br> Attorney for Defendants, |
| 5 | BARRY JAY STONE; STONECREST SQUARE AUTO CENTER, LLC; VINCENT |
| 6 | MANNO, TRUSTEE of the VINCENT D. MANNO TRUST AGREEMENT DATED |
| 7 | APRIL 23, 1991; CAROL ANN CARLETON, TRUSTEE of the CAROL |
| 8 | A. CARLETON TRUST AGREEMENT DATED MAY 2, 1991; FILOMENA R. |
| 9 | BUCKINGHAM, TRUSTEE of the CAROL A. CARLETON TRUST AGREEMENT |
| 10 | DATED MAY 2, 1991; AMELIA M. LUCAS, TRUSTEE of the CAROL A. |
| 11 | CARLETON TRUST AGREEMENT DATED MAY 2, 1991; CAROL ANN CARLETON, |
| 12 | TRUSTEE of the FILOMENA R. BUCKINGHAM TRUST AGREEMENT DATED |
| 13 | MAY 2, 1991; FILOMENA R. BUCKINGHAM, TRUSTEE of the |
| 14 | FILOMENA R. BUCKINGHAM TRUST AGREEMENT DATED MAY 2, 1991; |
| 15 | AMELIA M. LUCAS, TRUSTEE of the FILOMENA R. BUCKINGHAM TRUST |
| 16 | AGREEMENT DATED MAY 2, 1991; CAROL ANN CARLETON, TRUSTEE of |
| 17 | the FILOMENA R. BUCKINGHAM TRUST AGREEMENT DATED MAY 2, 1991; |
| 18 | FILOMENA R. BUCKINGHAM, TRUSTEE of the AMELIA M. LUCAS TRUST |
| 19 | AGREEMENT DATED MAY 2, 1991; AMELIA M. LUCAS, TRUSTEE of the |
| 20 | AMELIA M. LUCAS TRUST AGREEMENT DATED MAY 2, 1991; LARRY M. |
| 21 | LUCAS, TRUSTEE of the LUCAS FAMILY TRUST U/D/T DATED JANUARY |
| 22 | 22, 1991; AMELIA M. LUCAS, TRUSTEE of the LUCAS FAMILY |
| 23 | TRUST U/D/T DATED JANUARY 22, 1991 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

NOTICE OF SETTLEMENT                                                08 CV 0105 L NLS