**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS KOHLER,  )<br>  )<br>           Plaintiff,  )<br>v.  )<br>  )<br>STONECREST GAS & WASH, INC., et al.  )<br>  )<br>           Defendants.  )<br>  ) | Civil No.08cv105 L (NLS)<br><br>**NOTICE AND ORDER SETTING**<br>***TELEPHONIC* SETTLEMENT**<br>**DISPOSITION CONFERENCE** |

The parties filed a notice of settlement. The Court, therefore, **SETS** a *telephonic* Settlement Disposition Conference in this matter for *<u>August 15, 2008, at 9:45 a.m.</u>* before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the appropriate dismissal papers are filed prior to that time.

**IT IS SO ORDERED.**

DATED: July 7, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge