1  Robert W. Zickert, Esq.
   State Bar No. 106510
2  LAW OFFICE OF ROBERT W. ZICKERT
   444 West "C" Street, Suite 200
3  San Diego, California 92101
   Telephone: (619) 685-6888
4  Facsimile: (619) 544-1961
   rzickert@aol.com
5
   Attorney for Defendants,
6  STONECREST GAS & WASH, INC. and
   STONECREST PLAZA, LLC
7

8                 UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11 CHRIS KOHLER,                     ) CASE NO. 08-CV-0105 L NLS
                                     )
12       Plaintiff,                  )
                                     )
13 v.                                ) **STIPULATION OF DISMISSAL**
                                     ) **[FRCP 41(a)(1)]**
14 STONECREST GAS & WASH, INC. dba   )
   STONECREST SHELL; STONECREST      )
15 PLAZA, LLC; BARRY JAY STONE;      )
   STONECREST SQUARE AUTO CENTER,    )
16 LLC; VINCENT MANNO, TRUSTEE of    )
   the VINCENT D. MANNO TRUST        )
17 AGREEMENT DATED APRIL 23, 1991;   )
   CAROL ANN CARLETON, TRUSTEE of    )
18 the CAROL A. CARLETON TRUST       )
   AGREEMENT DATED MAY 2, 1991;      )
19 FILOMENA R. BUCKINGHAM, TRUSTEE   )
   of the CAROL A. CARLETON TRUST    )
20 AGREEMENT DATED MAY 2, 1991;      )
   AMELIA M. LUCAS, TRUSTEE of the   )
21 CAROL A. CARLETON TRUST           )
   AGREEMENT DATED MAY 2, 1991;      )
22 CAROL ANN CARLETON, TRUSTEE of    )
   the FILOMENA R. BUCKINGHAM        )
23 TRUST AGREEMENT DATED MAY 2,      )
   1991; FILOMENA R. BUCKINGHAM,     )
24 TRUSTEE of the FILOMENA R.        )
   BUCKINGHAM TRUST AGREEMENT        )
25 DATED MAY 2, 1991; AMELIA M.      )
   LUCAS, TRUSTEE of the FILOMENA    )
26 R. BUCKINGHAM TRUST AGREEMENT     )
   DATED MAY 2, 1991; CAROL ANN      )
27 CARLETON, TRUSTEE of the          )
   FILOMENA R. BUCKINGHAM TRUST      )
28 AGREEMENT DATED MAY 2, 1991;      )

---
1

| | |
|---|---|
| 1 | FILOMENA R. BUCKINGHAM, TRUSTEE) |
|   | of the AMELIA M. LUCAS TRUST  ) |
| 2 | AGREEMENT DATED MAY 2, 1991;  ) |
|   | AMELIA M. LUCAS, TRUSTEE of the) |
| 3 | AMELIA M. LUCAS TRUST AGREEMENT) |
|   | DATED MAY 2, 1991; LARRY M.   ) |
| 4 | LUCAS, TRUSTEE of the LUCAS   ) |
|   | FAMILY TRUST U/D/T DATED      ) |
| 5 | JANUARY 22, 1991; AMELIA M.   ) |
|   | LUCAS, TRUSTEE of the LUCAS   ) |
| 6 | FAMILY TRUST U/D/T DATED      ) |
|   | JANUARY 22, 1991.             ) |
| 7 |                               ) |
|   |         Defendants.           ) |
| 8 | _____) |

10    **IT IS HEREBY STIPULATED** by and between the parties to this

11    action through their designated counsel that the above-captioned

12    action be and hereby is dismissed with prejudice pursuant to FRCP

13    41(a)(1).

15    DATED: August 13, 2008      By_____
                                       Lynn Hubbard, III, Esq.
16                                     Attorney for Plaintiff,
                                       CHRIS KOHLER

19    DATED: _____, 2008   By_____
                                       Robert W. Zickert, Esq.
20                                     Attorney for Defendants
                                       STONECREST GAS & WASH, INC. dba
21                                     STONECREST SHELL and STONECREST
                                       PLAZA, LLC

23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

STIPULATION FOR DISMISSAL                                08 CV 0105 L NLS

| | |
|---|---|
| 1 | FILOMENA R. BUCKINGHAM, TRUSTEE) |
| | of the AMELIA M. LUCAS TRUST    ) |
| 2 | AGREEMENT DATED MAY 2, 1991;    ) |
| | AMELIA M. LUCAS, TRUSTEE of the) |
| 3 | AMELIA M. LUCAS TRUST AGREEMENT) |
| | DATED MAY 2, 1991; LARRY M.    ) |
| 4 | LUCAS, TRUSTEE of the LUCAS    ) |
| | FAMILY TRUST U/D/T DATED       ) |
| 5 | JANUARY 22, 1991; AMELIA M.    ) |
| | LUCAS, TRUSTEE of the LUCAS    ) |
| 6 | FAMILY TRUST U/D/T DATED       ) |
| | JANUARY 22, 1991,              ) |
| 7 |                                ) |
| |     Defendants.              ) |
| 8 | _____) |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: _____, 2008    By_____
    Lynn Hubbard, III, Esq.
    Attorney for Plaintiff,
    CHRIS KOHLER


DATED: August 13, 2008    S/S Robert W. Zickert, Esq.
    Attorney for Defendants
    STONECREST GAS & WASH, INC. dba
    STONECREST SHELL and STONECREST
    PLAZA, LLC

///
///
///
///
///
///

```
 1
 2
 3   DATED: August 8, 2008         By /s/ Donald A. Vaughn
                                   Donald A. Vaughn, Esq.
 4                                 Attorney for Defendants
                                   BARRY JAY STONE; STONECREST
 5                                 SQUARE AUTO CENTER, LLC;
                                   VINCENT MANNO, TRUSTEE of the
 6                                 VINCENT D. MANNO TRUST
                                   AGREEMENT DATED APRIL 23,
 7                                 1991; CAROL ANN CARLETON,
                                   TRUSTEE of the CAROL A.
 8                                 CARLETON TRUST AGREEMENT
                                   DATED MAY 2, 1991; FILOMENA
 9                                 R. BUCKINGHAM, TRUSTEE of the
                                   CAROL A. CARLETON TRUST
10                                 AGREEMENT DATED MAY 2, 1991;
                                   AMELIA M. LUCAS, TRUSTEE of
11                                 the CAROL A. CARLETON TRUST
                                   AGREEMENT DATED MAY 2, 1991;
12                                 CAROL ANN CARLETON, TRUSTEE
                                   of the FILOMENA R. BUCKINGHAM
13                                 TRUST AGREEMENT DATED MAY 2,
                                   1991; FILOMENA R. BUCKINGHAM,
14                                 TRUSTEE of the FILOMENA R.
                                   BUCKINGHAM TRUST AGREEMENT
15                                 DATED MAY 2, 1991; AMELIA M.
                                   LUCAS, TRUSTEE of the
16                                 FILOMENA R. BUCKINGHAM TRUST
                                   AGREEMENT DATED MAY 2, 1991;
17                                 CAROL ANN CARLETON, TRUSTEE
                                   of the FILOMENA R. BUCKINGHAM
18                                 TRUST AGREEMENT DATED MAY 2,
                                   1991; FILOMENA R. BUCKINGHAM,
19                                 TRUSTEE of the AMELIA M.
                                   LUCAS TRUST AGREEMENT DATED
20                                 MAY 2, 1991; AMELIA M. LUCAS,
                                   TRUSTEE of the AMELIA M.
21                                 LUCAS TRUST AGREEMENT DATED
                                   MAY 2, 1991; LARRY M. LUCAS,
22                                 TRUSTEE of the LUCAS FAMILY
                                   TRUST U/D/T DATED JANUARY 22,
23                                 1991; AMELIA M. LUCAS,
                                   TRUSTEE of the LUCAS FAMILY
24                                 TRUST U/D/T DATED JANUARY 22,
                                   1991
25
26
27
28
```