1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                        **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   CHRIS KOHLER,                    )   CASE NO. 08-CV-0105 L NLS
                                      )
12            Plaintiff,              )
                                      )
13   *v.*                             )   **ORDER OF DISMISSAL**
                                      )
14   STONECREST GAS & WASH, INC. dba)
     STONECREST SHELL; STONECREST   )
15   PLAZA, LLC; BARRY JAY STONE;     )
     STONECREST SQUARE AUTO CENTER, )
16   LLC; VINCENT MANNO, TRUSTEE of )
     the VINCENT D. MANNO TRUST      )
17   AGREEMENT DATED APRIL 23, 1991;)
     CAROL ANN CARLETON, TRUSTEE of )
18   the CAROL A. CARLETON TRUST     )
     AGREEMENT DATED MAY 2, 1991;    )
19   FILOMENA R. BUCKINGHAM, TRUSTEE )
     of the CAROL A. CARLETON TRUST )
20   AGREEMENT DATED MAY 2, 1991;    )
     AMELIA M. LUCAS, TRUSTEE of the)
21   CAROL A. CARLETON TRUST         )
     AGREEMENT DATED MAY 2, 1991;    )
22   CAROL ANN CARLETON, TRUSTEE of )
     the FILOMENA R. BUCKINGHAM      )
23   TRUST AGREEMENT DATED MAY 2,    )
     1991; FILOMENA R. BUCKINGHAM,   )
24   TRUSTEE of the FILOMENA R.      )
     BUCKINGHAM TRUST AGREEMENT      )
25   DATED MAY 2, 1991; AMELIA M.    )
     LUCAS, TRUSTEE of the FILOMENA )
26   R. BUCKINGHAM TRUST AGREEMENT   )
     DATED MAY 2, 1991; CAROL ANN    )
27   CARLETON, TRUSTEE of the        )
     FILOMENA R. BUCKINGHAM TRUST    )
28   AGREEMENT DATED MAY 2, 1991;    )

                                    1

```
1   FILOMENA R. BUCKINGHAM, TRUSTEE)
    of the AMELIA M. LUCAS TRUST   )
2   AGREEMENT DATED MAY 2, 1991;   )
    AMELIA M. LUCAS, TRUSTEE of the)
3   AMELIA M. LUCAS TRUST AGREEMENT)
    DATED MAY 2, 1991; LARRY M.    )
4   LUCAS, TRUSTEE of the LUCAS     )
    FAMILY TRUST U/D/T DATED        )
5   JANUARY 22, 1991; AMELIA M.     )
    LUCAS, TRUSTEE of the LUCAS     )
6   FAMILY TRUST U/D/T DATED        )
    JANUARY 22, 1991,               )
7                                   )
            Defendants.             )
8   _____)
```

**WHEREAS** the parties to this action entered into a Settlement Agreement and Release in Full on July 3, 2008 and filed a Stipulation of Dismissal, **IT IS HEREBY ORDERED** that the above-entitled action be **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED:**


DATED:  August 15, 2008

_____
M. James Lorenz
United States District Court Judge

ORDER RE: DISMISSAL OF THE ACTION                    08 CV 0105 L NLS